JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROLDAN DE ROSAS

Petitioner,

v.

ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATION GEO GROUP INC., *et al*,

Respondents.

Case No. 5:26-cv-04202-MRA-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Dkt. 1] is dismissed without prejudice, with no further proceedings, consistent with the reasons and findings set forth in the Order Dismissing Petition.

DATED: October 14, 2026

HON. MONICA RAMIREZ ALMADANI.
United States District Judge